■ INCORPORATED VILLAGE OF OLD FIELD, Petitioner, v JAMES E. INTRONE, as Commissioner of the State of New York Office of Mental Retardation and Developmental Disabilities et al., Respondents, and BERNARD GROFMAN et al., Intervenors-Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent Commissioner of the State Office of Mental Retardation and Developmental Disabilities, dated December 13, 1979, which, after a hearing, found that the establishment of a community residence facility at a contested location would be appropriate. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements (see *Town of Hempstead v Commissioner of State of N.Y. Off. of Mental Retardation & Developmental Disabilities*, 78 AD2d 677; *Mat-*

*ter of Town of Greenburgh v Coughlin,* 73 AD2d 672, mot for lv to app den 49 NY2d 704). Rabin, J.P., Cohalan, Weinstein and Thompson, JJ., concur.